**AO 91 (Rev. 5/85) Criminal Complaint**

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**MARCUS BINION**
**DOB: x/x/xx**
**PDID: xxx-xxx**

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>July 13, 2008</u> in, in the District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>21</u> United States Code, Section(s) <u>841(a)(1)</u>.

I further state that I am <u>**DETECTIVE JED D. WORRELL**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE JED D. WORRELL**
**MPD-HOMICIDE**

Sworn to before me and subscribed in my presence,

_____   at   <u>Washington, D.C.</u>
Date                              City and State

_____        _____
**Name & Title of Judicial Officer**        **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On July 13, 2008, members of the Metropolitan Police Department Homicide Division executed a search warrant at 1717 Lyman Street, N.E., Washington, D.C. The defendant Marcus Binion opened the door and the premises were secured. Investigation determined that the defendant was the occupant of the basement area. A search of the basement revealed numerous pieces of mail matter in the defendant's name, a plastic container containing a plastic bag with ammunition, a plastic bag containing numerous empty ziplock baggies, a digital scale, a bag containing marijuana seeds and a large photo of the defendant. Recovered from a pocket of jeans was approximately $1,200 in United States currency and $65 in United States currency on top of the computer desk. Also concealed in the basement area inside a wall access panel was a brief case containing 7 individually wrapped clumps of white rock-like substance, a small ziplock of greed weed substance, and a loaded handgun. A portion of the white rock-like substance was field tested positive for cocaine base. The approximate weight of the white rock-like substance was 58 grams. A portion of the green weed substance field tested positive for marijuana. Officers placed the defendant under arrest and a search of the defendant revealed $667 of United States currency. The approximate weight of the suspected crack cocaine indicates that the drugs were going to be sold to others rather than used exclusively by the defendant.

DETECTIVE JED D. WORRELL
MPD-HOMICIDE DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF JULY, 2008.

U.S. MAGISTRATE JUDGE