UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America         :
                                 :
   v.                            : Case No. 1:08-mj-00434-DAR-1
                                 :
MARCUS BINION                    :
                                 :
   Defendant                     :
_____  :

## NOTICE OF APPEARANCE

Please enter the appearance of Idus J. Daniel, Jr., Bar No. 405077 and Russell Hairston, Bar No. 444477 as attorneys for defendant Marcus Binion in the above-captioned matter.

                                                Respectfully submitted,

                                                /s/ Idus J. Daniel, Jr.
                                                IDUS J. DANIEL, JR
                                                Bar No. 405077
                                                RUSSELL HAIRSTON
                                                Bar No. 444477
                                                639 I Street N.E.
                                                Washington, DC  20002
                                                (202) 546-5023
                                                (202) 546-1286
                                                (240) 305-7252 (cell)
                                                Ijdaniel_law@hotmail.com
                                                Attorney for Defendant Marcus Binion

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance was transmitted via electronic filing to:

> AUSA Angela George
> angela.george@usdoj.gov

on this 13th day of August 2008.

/s/ Idus J. Daniel, Jr.
IDUS J. DANIEL, JR.