UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America          :
                                  :
           v.                     : Case No. 1:08-mj-00434-DAR-1
                                  :
MARCUS BINION                     :
                                  :
       Defendant                  :
                                  :

## DEFENDANT MARCUS BINION'S MOTION TO DISMISS DUE TO SPEEDY TRIAL VIOLATION

Pursuant to 18 U.S.C. § 3161(b) and 18 U.S.C. § 3162(a)(1) defendant Marcus Binion (hereinafter "Mr. Binion"), by and through counsel, herein moves this Honorable Court to Dismiss Complaint (Indictment) due to Speedy Trial Violation.

### BACKGROUND

1. On or about July 13, 2008, Mr. Binion was arrested and charged by complaint in violation of 21 U.S.C. § 841(a)(1).

2. On or about July 14, 2008, the Government made an oral motion for temporary detention which was granted by this Honorable Court.

3. Following the detention hearing, the Government made an oral motion to detain Mr. Binion without bond. This Honorable Court granted the Government's motion. Mr. Binion has been held without bond from July 13, 2008, the date of his arrest, until the instant filing.

Any information or indictment charging an individual with the commission of an offense shall be filed within thirty (30) days from the date on which such individual was arrested or served with a summons in connection with such charges. If an individual has been charged with a felony in a district in which no grand jury has been in session during such thirty (30) day period, the period of time for filing of the indictment shall be extended an additional thirty (30) days. 18 U.S.C. § 3161(b).

If, in the case of any individual against whom a complaint is filed charging such individual with an offense, no indictment or information is filed within the time limit required by section 3161(b) as extended by section 3161(h) of this chapter, such charge against that individual contained in such complaint shall be dismissed or otherwise dropped. 18 U.S.C. § 3162(a)(1).

## ARGUMENT

The time period within which to file an indictment against Mr. Binion expired at the close of business on August 12, 2008.

WHEREFORE, based on the foregoing, Mr. Binion request that any indictment filed in this matter after August 12, 2008 be dismissed, that the complaint pending against Mr. Binion be dismissed sua sponte, and that Mr. Binion be released from custody immediately.

Respectfully submitted,

/s/ Idus J. Daniel, Jr.
IDUS J. DANIEL, JR
Bar No. 405077
RUSSELL HAIRSTON
Bar No. 444477
639 I Street N.E.
Washington, DC 20002
(202) 546-5023
(202) 546-1286
(240) 305-7252 (cell)
Ijdaniel_law@hotmail.com
Attorney for Defendant Marcus Binion

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Dismiss Due to Speedy Trial Violation was transmitted via electronic filing to:

> AUSA Angela George
> angela.george@usdoj.gov

on this 13th day of August 2008.

> /s/ Idus J. Daniel, Jr.
> IDUS J. DANIEL, JR.