UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | : |
| v. | : Case No. 1:08-mj-00434-DAR-1 |
| MARCUS BINION | : |
| Defendant | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Idus J. Daniel, Jr., Bar No. 405077 and Russell Hairston, Bar No. 444477 as attorneys for defendant Marcus Binion in the above-captioned matter.

                                          Respectfully submitted,

                                          /s/ Idus J. Daniel, Jr.
                                          IDUS J. DANIEL, JR
                                          Bar No. 405077
                                          RUSSELL HAIRSTON
                                          Bar No. 444477
                                          639 I Street N.E.
                                          Washington, DC  20002
                                          (202) 546-5023
                                          (202) 546-1286
                                          (240) 305-7252 (cell)
                                          Ijdaniel_law@hotmail.com
                                          Attorney for Defendant Marcus Binion

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance was transmitted via electronic filing to:

> AUSA Angela George
> angela.george@usdoj.gov

on this 13th day of August 2008.

/s/ Idus J. Daniel, Jr.
IDUS J. DANIEL, JR.